**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Marcus A. Little                         CHAPTER 13
        Shanyel M. Little
               Debtor(s)                       BKY. NO. 21-10824 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

                                               Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
12 Apr 2021, 13:37:33, EDT

                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 627-1322