**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|   Shanyel M. Little and | : | |
|     Marcus A. Little | : | Chapter 13 |
| | : | |
|   Debtor(s) | : | Case No.: 21-10824-MDC |
| | : | |

**ORDER**

AND NOW, this __15th__ day of __April__, 2021, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion that is GRANTED, and the Debtor is given an extension to file all required documents with the Court on or before **May 14, 2021**.

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE