UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Shanyel M. Little | : | Chapter 13 |
| Marcus A. Little | : | Case No.: 21-10824-MDC |
| Debtor | : | |

## CERTIFICATE OF SERVICE UNDER LOCAL RULE 3015-2

I, Brad J. Sadek, Esq., hereby certify that on May 3, 2021 a true and correct copy of the Original Chapter 13 Plan was served by electronic delivery or Regular US Mail to all secured, priority, and unsecured creditors.

Very Truly Yours,

Date: May 3, 2021

*/s/ Brad J. Sadek, Esquire*
Brad J. Sadek, Esquire