# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 21-10824 |
| **Marcus A Little** | : **Chapter 13** |
| **Shanyel M Little** | : **Judge Magdeline D. Coleman** |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| **Ajax Mortgage Loan Trust 2019-E,** | : **Related Document #** |
| **Mortgage-Backed Securities, Series** | : |
| **2019-E, by U.S. Bank National** | : |
| **Association, as Indenture Trustee** | : |
| **Movant,** | : |
| | : |
| vs | : |
| | : |
| **Marcus A Little** | : |
| **Shanyel M Little** | |
| | |
| **William C. Miller, Esq.** | |
| **Respondents.** | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Ajax Mortgage Loan Trust 2019-E, Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                Respectfully submitted,

                /s/ Sarah E. Barngrover
                Sarah E. Barngrover, Esquire (323972)
                Adam B. Hall (323867)
                Manley Deas Kochalski LLC
                P.O. Box 165028
                Columbus, OH  43216-5028
                Telephone: 614-220-5611
                Fax: 614-627-8181
                Attorneys for Creditor
                The case attorney for this file is Sarah E.
                Barngrover.

21-007469_PS

Contact email is
sebarngrover@manleydeas.com

21-007469_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.:** 21-10824 |
| **Marcus A Little** | : **Chapter 13** |
| **Shanyel M Little** | : **Judge Magdeline D. Coleman** |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| **Ajax Mortgage Loan Trust 2019-E,** | : **Related Document #** |
| **Mortgage-Backed Securities, Series** | : |
| **2019-E, by U.S. Bank National** | : |
| **Association, as Indenture Trustee** | : |
| **Movant,** | : |
| | : |
| vs | : |
| | : |
| **Marcus A Little** | : |
| **Shanyel M Little** | |
| | |
| **William C. Miller, Esq.** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, ecfemails@ph13trustee.com

Brad J. Sadek, Attorney for Marcus A Little and Marcus A Little and Shanyel M Little and Shanyel M Little, brad@sadeklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Marcus A Little and Shanyel M Little, 4949 Mulberry Street, Philadelphia, PA  19124

Marcus A Little and Shanyel M Little, 604 Wellfleet Drive, Middletown, DE  19709

21-007469_PS

Marcus A Little and Shanyel M Little, MAILING ADDRESS:, 4949 Mulberry Street, Philadelphia, PA  19124

Marcus A Little and Shanyel M Little, 604 Wellfleet Drive, Middletown, DE  19709

Marcus A Little, Marcus A Little, Shanyel M Little and Shanyel M Little, 3059 N Bambrey St, Philadelphia, PA  19132-1302

/s/ Sarah E. Barngrover

21-007469_PS