Certificate Number: 03088-PAE-DE-035658231

Bankruptcy Case Number: 21-10824



03088-PAE-DE-035658231

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 10, 2021, at 8:02 o'clock PM CDT, Shanyel M Little completed a course on personal financial management given by telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   May 10, 2021                By:   /s/Dennis Nichols for Elizabeth Lugo

Name:  Elizabeth Lugo

Title:  Counselor