Certificate Number: 03088-PAE-DE-035658254

Bankruptcy Case Number: 21-10824



03088-PAE-DE-035658254

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>May 10, 2021</u>, at <u>8:02</u> o'clock <u>PM CDT</u>, <u>Marcus A Little</u> completed a course on personal financial management given <u>by telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>May 10, 2021</u>          By:   <u>/s/Dennis Nichols for Elizabeth Lugo</u>

                                  Name: <u>Elizabeth Lugo</u>

                                  Title: <u>Counselor</u>