IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
| Shanyel M. Little | : | |
| Marcus A. Little | : | No. 21-10824-MDC |
| Debtor | : | |

**O R D E R**

AND NOW, this _____ day of _____, 2021, upon consideration of the Motion to Determine Valuation of Property, it is hereby

ORDERED and DECREED that the Motion is GRANTED and Creditor, Wells Fargo Bank N.A.'s Proof of Claim #5-1 is disallowed in the amount of $4,121.85 but is allowed as a secured claim in the amount of $3,400.00 with interest at 6%

_____
HONORABLE MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE