WWR# 040746544

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER NO. 21-10824-mdc |
| | ) | |
| SHANYEL M LITTLE | | |
| MARCUS A LITTLE | ) | BANKRUPTCY NO. 13 |
| Debtors | ) | |
| | ) | |
| CITIZENS BANK, N.A. | ) | |
| Movant | ) | |
| | ) | Related to Document # 27 |

## PRAECIPE TO WITHDRAW OBJECTION TO DEBTORS' CHAPTER 13 PLAN

CHECK ONE:

☒     The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

Dated  6/17/2021

/s/ Nathalie Paul
Nathalie Paul, PA Bar No. 309118
Attorney for Movant
170 S. Independence Mall W., Suite 874W
Philadelphia, PA 19106
267-940-1643
npaul@weltman.com