IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
| Shanyel M. Little | : | |
| Marcus A. Little | : | No. 21-10824-MDC |
| Debtor | : | |

**AMENDED CERTIFICATE OF SERVICE**

    I, Brad J. Sadek, Esq., certify that on the date indicated below served a true and correct copy of the Debtor's *Motion to Determine Valuation of Property* and Notice of Motion was served by electronic delivery or Regular US Mail to the Debtor, the Trustee, all secured, priority and affected creditors per the address provided on their Proof of Claims and on the following parties:

**William C. Miller, Esq.**
Chapter 13 Trustee

**Wells Fargo Bank, N.A.**
Creditor
**via** Electronic Mail **to:**
**BKCHAPTER13@WellsFargo.com**

Dated: 07/13/2021

/s/ Brad J. Sadek, Esq.
Brad J. Sadek, Esq.
Attorney for Debtor
Sadek and Cooper
1315 Walnut Street, #502
Philadelphia, PA 19107
215-545-0008