IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
| Shanyel M. Little | : | |
| Marcus A. Little | : | No. 21-10824-MDC |
| Debtor | : | |

**O R D E R**

AND NOW, this  5th  day of  August  2021, upon consideration of the Motion to Determine Valuation of Property, it is hereby

ORDERED and DECREED that the Motion is GRANTED and Creditor, Wells Fargo Bank N.A.'s Proof of Claim #5-1 is disallowed in the amount of $4,121.85 but is allowed as a secured claim in the amount of $3,400.00 with interest at 6%

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE