United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 21-10824-mdc
Shanyel M Little Chapter 13
Marcus A Little
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Aug 06, 2021  Form ID: pdf900  Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shanyel M Little, MAILING ADDRESS:, 4949 Mulberry Street, Philadelphia, PA 19124-2827 |
| db | + | Shanyel M Little, 604 Wellfleet Drive, Middletown, DE 19709-9231 |
| jdb | + | Marcus A Little, MAILING ADDRESS:, 4949 Mulberry Street, Philadelphia, PA 19124-2827 |
| jdb | + | Marcus A Little, 604 Wellfleet Drive, Middletown, DE 19709-9231 |
| 14601332 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 08, 2021  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2021 at the address(es) listed below:

**Name**  **Email Address**

ANDREW M. LUBIN
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER alubin@milsteadlaw.com bkecf@milsteadlaw.com

BRAD J. SADEK
    on behalf of Debtor Shanyel M Little brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

BRAD J. SADEK
    on behalf of Joint Debtor Marcus A Little brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 06, 2021 | Form ID: pdf900 | Total Noticed: 5 |

NATHALIE PAUL
    on behalf of Creditor Citizens Bank  N.A. npaul@weltman.com, pitecf@weltman.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  karena.blaylock@phila.gov

REBECCA ANN SOLARZ
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com

SARAH ELISABETH BARNGROVER
    on behalf of Creditor Ajax Mortgage Loan Trust 2019-E amps@manleydeas.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
| Shanyel M. Little | : | |
| Marcus A. Little | : | No. 21-10824-MDC |
| Debtor | : | |

**O R D E R**

AND NOW, this  5th  day of  August  2021, upon consideration of the Motion to Determine Valuation of Property, it is hereby

ORDERED and DECREED that the Motion is GRANTED and Creditor, Wells Fargo Bank N.A.'s Proof of Claim #5-1 is disallowed in the amount of $4,121.85 but is allowed as a secured claim in the amount of $3,400.00 with interest at 6%

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE