# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 21-10824-MDC

SHANYEL M LITTLE
MARCUS A LITTLE
4949 MULBERRY STREET

PHILADELPHIA, PA 19124-

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    SHANYEL M LITTLE
    MARCUS A LITTLE
    4949 MULBERRY STREET

    PHILADELPHIA, PA 19124-

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

                              /S/ William C. Miller

Date: 9/7/2021                            _____

                              William C. Miller, Esquire
                              Chapter 13 Standing Trustee