Check Number: 2489

Apr 16, 2021

Shanyel M. Gibson-little                                                1,149.60

One Thousand One Hundred Forty-Nine and 60/100 Dollars

Shanyel M. Gibson-little
4949 Mulberry St AptA
Philadelphia, PA  19124

|  | Shanyel M. Gibson-little | KOVA Healthcare, Inc.<br>7061 N Whitney Ave. Ste. 102<br>Fresno, CA  93720 |  | Employee ID: GibS<br>Social Sec # xxx-xx-6810 |  |  |
|---|---|---|---|---|---|---|
|  | This Check | Year to Date |  | Hours | Rate | Total |
| Gross | 1,386.00 | 12,474.00 | Regular | 42.00 | 33.00 | 1,386.00 |
| Fed_Income | -94.70 | -923.92 | Holiday |  | 33.00 |  |
| Soc_Sec | -85.93 | -773.39 |  |  |  |  |
| MEDICARE | -20.10 | -180.88 |  |  |  |  |
| St_Income | -19.04 | -182.81 |  |  |  |  |
| St_Dis_Ins | -16.63 | -143.02 |  |  |  |  |
| SICK_Accrue |  | 48.00 |  |  |  |  |
| SICK_Remain |  | 48.00 |  |  |  |  |
| VAC_Remain | 1.54 | 6.16 |  |  |  |  |
| VAC_Accrue | 1.54 | 6.16 |  |  |  |  |

| Net Check: | $1,149.60 | Total | 42.00 |  | 1,386.00 |
|---|---|---|---|---|---|
|  | Pay Period Beginning: Apr 3, 2021 |  | Check Date: 4/16/21 |  |  |
|  | Pay Period Ending: Apr 16, 2021 |  | Weeks in Pay Period: 2 |  |  |

Check Number: 2488

Apr 2, 2021

Shanyel M. Gibson-little                                                                                 1,149.60

One Thousand One Hundred Forty-Nine and 60/100 Dollars

Shanyel M. Gibson-little
4949 Mulberry St AptA
Philadelphia, PA  19124

|  | KOVA Healthcare, Inc.<br>7061 N Whitney Ave. Ste. 102<br>Fresno, CA  93720 |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Shanyel M. Gibson-little |  |  |  | Employee ID: | GibS |  |
|  |  |  |  | Social Sec # | xxx-xx-6810 |  |
|  | This Check | Year to Date |  | Hours | Rate | Total |
| Gross | 1,386.00 | 11,088.00 | Regular | 42.00 | 33.00 | 1,386.00 |
| Fed_Income | -94.70 | -829.22 | Holiday |  | 33.00 |  |
| Soc_Sec | -85.93 | -687.46 |  |  |  |  |
| MEDICARE | -20.10 | -160.78 |  |  |  |  |
| St_Income | -19.04 | -163.77 |  |  |  |  |
| St_Dis_Ins | -16.63 | -126.39 |  |  |  |  |
| SICK_Accrue |  | 48.00 |  |  |  |  |
| SICK_Remain |  | 48.00 |  |  |  |  |
| VAC_Remain | 1.54 | 4.62 |  |  |  |  |
| VAC_Accrue | 1.54 | 4.62 |  |  |  |  |

| Net Check: | $1,149.60 | Total | 42.00 |  | 1,386.00 |
|---|---|---|---|---|---|
|  | Pay Period Beginning: Mar 20, 2021 |  | Check Date: 4/2/21 |  |  |
|  | Pay Period Ending: Apr 2, 2021 |  | Weeks in Pay Period: 2 |  |  |

Check Number: 2473

Mar 19, 2021

Shanyel M. Gibson-little                                                1,124.20

One Thousand One Hundred Twenty-Four and 20/100 Dollars

Shanyel M. Gibson-little
4949 Mulberry St AptA
Philadelphia, PA  19124

|  | KOVA Healthcare, Inc.<br>7061 N Whitney Ave. Ste. 102<br>Fresno, CA  93720 |  |  | Employee ID: GibS<br>Social Sec # xxx-xx-6810 |  |  |
|---|---|---|---|---|---|---|
| Shanyel M. Gibson-little |  |  |  |  |  |  |
|  | This Check | Year to Date |  | Hours | Rate | Total |
| Gross | 1,353.00 | 9,702.00 | Regular | 41.00 | 33.00 | 1,353.00 |
| Fed_Income | -90.74 | -734.52 | Holiday |  | 33.00 |  |
| Soc_Sec | -83.89 | -601.53 |  |  |  |  |
| MEDICARE | -19.62 | -140.68 |  |  |  |  |
| St_Income | -18.31 | -144.73 |  |  |  |  |
| St_Dis_Ins | -16.24 | -109.76 |  |  |  |  |
| SICK_Accrue |  | 48.00 |  |  |  |  |
| SICK_Remain |  | 48.00 |  |  |  |  |
| VAC_Remain | 1.54 | 3.08 |  |  |  |  |
| VAC_Accrue | 1.54 | 3.08 |  |  |  |  |

| Net Check: | $1,124.20 | Total | 41.00 |  | 1,353.00 |
|---|---|---|---|---|---|
|  | Pay Period Beginning: Mar 6, 2021 |  | Check Date: 3/19/21 |  |  |
|  | Pay Period Ending: Mar 19, 2021 |  | Weeks in Pay Period: 2 |  |  |

Check Number: 2472

Mar 5, 2021

Shanyel M. Gibson-little                                                                 1,327.36

One Thousand Three Hundred Twenty-Seven and 36/100 Dollars

Shanyel M. Gibson-little
4949 Mulberry St AptA
Philadelphia, PA  19124

|  | KOVA Healthcare, Inc.
7061 N Whitney Ave. Ste. 102
Fresno, CA  93720 |  |  |  |  |
|---|---|---|---|---|---|
| Shanyel M. Gibson-little |  |  | Employee ID: GibS |  |  |
|  |  |  | Social Sec # xxx-xx-6810 |  |  |
|  | This Check | Year to Date | Hours | Rate | Total |
| Gross | 1,617.00 | 8,349.00 | Regular 44.00 | 33.00 | 1,452.00 |
| Fed_Income | -122.42 | -643.78 | Holiday 5.00 | 33.00 | 165.00 |
| Soc_Sec | -100.25 | -517.64 |  |  |  |
| MEDICARE | -23.45 | -121.06 |  |  |  |
| St_Income | -24.12 | -126.42 |  |  |  |
| St_Dis_Ins | -19.40 | -93.52 |  |  |  |
| SICK_Accrue |  | 48.00 |  |  |  |
| SICK_Remain |  | 48.00 |  |  |  |
| VAC_Remain | 1.54 | 1.54 |  |  |  |
| VAC_Accrue | 1.54 | 1.54 |  |  |  |

| Net Check: | $1,327.36 | Total | 49.00 |  | 1,617.00 |
|---|---|---|---|---|---|
|  | Pay Period Beginning: Feb 20, 2021 |  |  | Check Date: 3/5/21 |  |
|  | Pay Period Ending: Mar 5, 2021 |  |  | Weeks in Pay Period: 2 |  |

Check Number: 2457

Feb 19, 2021

Shanyel M. Gibson-little                               1,403.54

One Thousand Four Hundred Three and 54/100 Dollars

Shanyel M. Gibson-little
4949 Mulberry St AptA
Philadelphia, PA  19124

|  | KOVA Healthcare, Inc.<br>7061 N Whitney Ave. Ste. 102<br>Fresno, CA  93720 |  |  | Employee ID: GibS<br>Social Sec # xxx-xx-6810 |  |  |
|---|---|---|---|---|---|---|
| Shanyel M. Gibson-little | This Check | Year to Date |  | Hours | Rate | Total |
| Gross | 1,716.00 | 6,732.00 | Regular | 48.00 | 33.00 | 1,584.00 |
| Fed_Income | -134.30 | -521.36 | Holiday | 4.00 | 33.00 | 132.00 |
| Soc_Sec | -106.39 | -417.39 |  |  |  |  |
| MEDICARE | -24.88 | -97.61 |  |  |  |  |
| St_Income | -26.30 | -102.30 |  |  |  |  |
| St_Dis_Ins | -20.59 | -74.12 |  |  |  |  |
| SICK_Accrue |  | 48.00 |  |  |  |  |
| SICK_Remain |  | 48.00 |  |  |  |  |
| Net Check: | $1,403.54 |  | Total | 52.00 |  | 1,716.00 |

Pay Period Beginning: Feb 6, 2021            Check Date: 2/19/21
Pay Period Ending: Feb 19, 2021              Weeks in Pay Period: 2

Check Number: 2449

Feb 5, 2021

Shanyel M. Gibson-little                                      1,378.14

One Thousand Three Hundred Seventy-Eight and 14/100 Dollars

Shanyel M. Gibson-little
4949 Mulberry St AptA
Philadelphia, PA  19124

|  | KOVA Healthcare, Inc.<br>7061 N Whitney Ave. Ste. 102<br>Fresno, CA  93720 |  |  | Employee ID: GibS<br>Social Sec # xxx-xx-6810 |  |  |
|---|---|---|---|---|---|---|
| Shanyel M. Gibson-little | This Check | Year to Date |  | Hours | Rate | Total |
| Gross | 1,683.00 | 5,016.00 | Regular | 51.00 | 33.00 | 1,683.00 |
| Fed_Income | -130.34 | -387.06 | Holiday |  | 33.00 |  |
| Soc_Sec | -104.35 | -311.00 |  |  |  |  |
| MEDICARE | -24.40 | -72.73 |  |  |  |  |
| St_Income | -25.57 | -76.00 |  |  |  |  |
| St_Dis_Ins | -20.20 | -53.53 |  |  |  |  |
| SICK_Accrue |  | 48.00 |  |  |  |  |
| SICK_Remain |  | 48.00 |  |  |  |  |
| Net Check: | $1,378.14 |  | Total | 51.00 |  | 1,683.00 |
| Pay Period Beginning: Jan 23, 2021 |  |  |  | Check Date: 2/5/21 |  |  |
| Pay Period Ending: Feb 5, 2021 |  |  |  | Weeks in Pay Period: 2 |  |  |

Check Number: 2441

Jan 22, 2021

Shanyel M. Gibson-little                                                               1,432.42

One Thousand Four Hundred Thirty-Two and 42/100 Dollars

Shanyel M. Gibson-little
4949 Mulberry St AptA
Philadelphia, PA  19124

|  | KOVA Healthcare, Inc.<br>7061 N Whitney Ave. Ste. 102<br>Fresno, CA  93720 |  |  | Employee ID: GibS<br>Social Sec # xxx-xx-6810 |  |  |
|---|---|---|---|---|---|---|
| Shanyel M. Gibson-little | This Check | Year to Date |  | Hours | Rate | Total |
| Gross | 1,749.00 | 3,333.00 | Regular | 49.00 | 33.00 | 1,617.00 |
| Fed_Income | -138.26 | -256.72 | Holiday | 4.00 | 33.00 | 132.00 |
| Soc_Sec | -108.44 | -206.65 |  |  |  |  |
| MEDICARE | -25.36 | -48.33 |  |  |  |  |
| St_Income | -27.03 | -50.43 |  |  |  |  |
| St_Dis_Ins | -17.49 | -33.33 |  |  |  |  |
| SICK_Accrue |  | 48.00 |  |  |  |  |
| SICK_Remain |  | 48.00 |  |  |  |  |

| Net Check: | $1,432.42 | Total | 53.00 |  | 1,749.00 |
|---|---|---|---|---|---|
| Pay Period Beginning: Jan 9, 2021 |  |  | Check Date: 1/22/21 |  |  |
| Pay Period Ending: Jan 22, 2021 |  |  | Weeks in Pay Period: 2 |  |  |

Check Number: 2433

Jan 8, 2021

Shanyel M. Gibson-little        1,305.12

One Thousand Three Hundred Five and 12/100 Dollars

Shanyel M. Gibson-little
4949 Mulberry St AptA
Philadelphia, PA  19124

| | | | | KOVA Healthcare, Inc. | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Shanyel M. Gibson-little | | | | 7061 N Whitney Ave. Ste. 102 Fresno, CA  93720 | | Employee ID:  GibS | | |
| | | | | | | Social Sec #  xxx-xx-6810 | | |
| | This Check | Year to Date | | | | Hours | Rate | Total |
| Gross | 1,584.00 | 1,584.00 | | Regular | | 41.00 | 33.00 | 1,353.00 |
| Fed_Income | -118.46 | -118.46 | | Holiday | | 7.00 | 33.00 | 231.00 |
| Soc_Sec | -98.21 | -98.21 | | | | | | |
| MEDICARE | -22.97 | -22.97 | | | | | | |
| St_Income | -23.40 | -23.40 | | | | | | |
| St_Dis_Ins | -15.84 | -15.84 | | | | | | |
| SICK_Accrue | 48.00 | 48.00 | | | | | | |
| SICK_Remain | 48.00 | 48.00 | | | | | | |
| Net Check: | $1,305.12 | | | Total | | 48.00 | | 1,584.00 |
| Pay Period Beginning: Dec 26, 2020 | | | | | | Check Date: 1/8/21 | | |
| Pay Period Ending: Jan 8, 2021 | | | | | | Weeks in Pay Period: 2 | | |

Check Number: 2425

Dec 25, 2020

Shanyel M. Gibson-little                                                                  1,252.55

One Thousand Two Hundred Fifty-Two and 55/100 Dollars

Shanyel M. Gibson-little
4949 Mulberry St AptA
Philadelphia, PA  19124

|  | Shanyel M. Gibson-little | KOVA Healthcare, Inc.<br>7061 N Whitney Ave. Ste. 102<br>Fresno, CA  93720 |  | Employee ID:  GibS<br>Social Sec #  xxx-xx-6810 |  |  |
|---|---|---|---|---|---|---|
|  | This Check | Year to Date |  | Hours | Rate | Total |
| Gross | 1,518.00 | 6,732.00 | Regular | 38.00 | 33.00 | 1,254.00 |
| Fed_Income | -112.04 | -527.36 | Holiday | 8.00 | 33.00 | 264.00 |
| Soc_Sec | -94.12 | -417.39 |  |  |  |  |
| MEDICARE | -22.01 | -97.61 |  |  |  |  |
| St_Income | -22.10 | -103.68 |  |  |  |  |
| St_Dis_Ins | -15.18 | -67.32 |  |  |  |  |
| SICK_Accrue |  | 48.00 |  |  |  |  |
| SICK_Remain |  | 48.00 |  |  |  |  |

| Net Check: | $1,252.55 | Total | 46.00 |  | 1,518.00 |
|---|---|---|---|---|---|
|  | Pay Period Beginning: Dec 12, 2020 |  | Check Date: 12/25/20 |  |  |
|  | Pay Period Ending: Dec 25, 2020 |  | Weeks in Pay Period: 2 |  |  |

Check Number: 2411

Dec 11, 2020

Shanyel M. Gibson-little — 1,405.31

One Thousand Four Hundred Five and 31/100 Dollars

Shanyel M. Gibson-little
4949 Mulberry St AptA
Philadelphia, PA  19124

Shanyel M. Gibson-little

KOVA Healthcare, Inc.
7061 N Whitney Ave. Ste. 102
Fresno, CA  93720

Employee ID:  GibS
Social Sec #  xxx-xx-6810

|  | This Check | Year to Date |  | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Gross | 1,716.00 | 5,214.00 | Regular | 52.00 | 33.00 | 1,716.00 |
| Fed_Income | -135.80 | -415.32 | Holiday |  | 33.00 |  |
| Soc_Sec | -106.39 | -323.27 |  |  |  |  |
| MEDICARE | -24.88 | -75.60 |  |  |  |  |
| St_Income | -26.46 | -81.58 |  |  |  |  |
| St_Dis_Ins | -17.16 | -52.14 |  |  |  |  |
| SICK_Accrue |  | 48.00 |  |  |  |  |
| SICK_Remain |  | 48.00 |  |  |  |  |

Net Check:            $1,405.31              Total            52.00                          1,716.00
Pay Period Beginning: Nov 28, 2020                          Check Date: 12/11/20
Pay Period Ending: Dec 11, 2020                             Weeks in Pay Period:  2

Check Number: 2403

Nov 27, 2020

Shanyel M. Gibson-little      1,480.93

One Thousand Four Hundred Eighty and 93/100 Dollars

Shanyel M. Gibson-little
4949 Mulberry St AptA
Philadelphia, PA  19124

Shanyel M. Gibson-little

KOVA Healthcare, Inc.
7061 N Whitney Ave. Ste. 102
Fresno, CA  93720

Employee ID: GibS
Social Sec # xxx-xx-6810

|              | This Check | Year to Date |         | Hours | Rate  | Total    |
|--------------|-----------:|-------------:|---------|------:|------:|---------:|
| Gross        | 1,815.00   | 3,498.00     | Regular | 47.00 | 33.00 | 1,551.00 |
| Fed_Income   | -147.68    | -279.52      | Holiday |  8.00 | 33.00 |   264.00 |
| Soc_Sec      | -112.53    | -216.88      |         |       |       |          |
| MEDICARE     | -26.32     | -50.72       |         |       |       |          |
| St_Income    | -29.39     | -55.12       |         |       |       |          |
| St_Dis_Ins   | -18.15     | -34.98       |         |       |       |          |
| SICK_Accrue  |            | 48.00        |         |       |       |          |
| SICK_Remain  |            | 48.00        |         |       |       |          |

Net Check:  $1,480.93     Total     55.00     1,815.00

Pay Period Beginning: Nov 14, 2020     Check Date: 11/27/20
Pay Period Ending: Nov 27, 2020     Weeks in Pay Period: 2

Check Number: 2395

Nov 13, 2020

Shanyel M. Gibson-little                               1,379.85

One Thousand Three Hundred Seventy-Nine and 85/100 Dollars

Shanyel M. Gibson-little
4949 Mulberry St AptA
Philadelphia, PA  19124

|  | KOVA Healthcare, Inc.<br>7061 N Whitney Ave. Ste. 102<br>Fresno, CA  93720 |  |  |  |  |
|---|---|---|---|---|---|
| Shanyel M. Gibson-little |  |  | Employee ID: GibS |  |  |
|  |  |  | Social Sec # xxx-xx-6810 |  |  |
|  | This Check | Year to Date | Hours | Rate | Total |
| Gross | 1,683.00 | 1,683.00 | Regular 51.00 | 33.00 | 1,683.00 |
| Fed_Income | -131.84 | -131.84 |  |  |  |
| Soc_Sec | -104.35 | -104.35 |  |  |  |
| MEDICARE | -24.40 | -24.40 |  |  |  |
| St_Income | -25.73 | -25.73 |  |  |  |
| St_Dis_Ins | -16.83 | -16.83 |  |  |  |
| SICK_Accrue | 48.00 | 48.00 |  |  |  |
| SICK_Remain | 48.00 | 48.00 |  |  |  |

Net Check:        $1,379.85                        Total        51.00                    1,683.00
Pay Period Beginning: Oct 31, 2020                                   Check Date: 11/13/20
Pay Period Ending: Nov 13, 2020                                Weeks in Pay Period:  2