IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Shanyel M Little** | : | Case No.: 21-10824 |
| **Shanyel M Little** | : | Chapter 13 |
| **Marcus A Little** | : | Judge Magdeline D. Coleman |
| **Marcus A Little** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Debtor(s).** | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Sarah E. Barngrover as counsel of record for creditor **Ajax Mortgage Loan Trust 2019-E, Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee** ("Creditor").  Sarah E. Barngrover is no longer counsel for Creditor and should not receive future notices in this case.

| | |
|---|---|
| /s/ Sarah E. Barngrover | /s/ Adam B. Hall |
| Sarah E. Barngrover (28840-64) | Adam B. Hall (323867) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| 614-220-5611; Fax 614-627-8181 | 614-220-5611; Fax: 614-627-8181 |
| sebarngrover@manleydeas.com | abh@manleydeas.com |

21-007469_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 21-10824** |
| **Shanyel M Little** : | **Chapter 13** |
| **Shanyel M Little** : | **Judge Magdeline D. Coleman** |
| **Marcus A Little** : | * * * * * * * * * * * * * * * * * * * |
| **Marcus A Little** | |
| **Debtor(s)** | |
| : | |
| **Ajax Mortgage Loan Trust 2019-E,** : | **Related Document #** |
| **Mortgage-Backed Securities, Series** : | |
| **2019-E, by U.S. Bank National** : | |
| **Association, as Indenture Trustee** : | |
| **Movant,** : | |
| **vs** : | |
| : | |
| **Shanyel M Little** : | |
| **Shanyel M Little** | |
| **Marcus A Little** | |
| **Marcus A Little** | |

**William C. Miller, Esq.**
                **Respondents.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, Office of the Chapter 13 Standing Trustee, P.O. Box 40837, Philadelphia, PA  19107, ecfemails@ph13trustee.com

Brad J. Sadek, Attorney for Shanyel M Little and Shanyel M Little and Marcus A Little and Marcus A Little, Sadek and Cooper, 1315 Walnut Street, Suite 502, Philadelphia, PA  19107, brad@sadeklaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 15, 2021:

21-007469_PS

Shanyel M Little and Marcus A Little, 604 Wellfleet Drive, Middletown, DE  19709

Shanyel M Little and Marcus A Little, MAILING ADDRESS:, 4949 Mulberry Street, Philadelphia, PA  19124

Shanyel M Little and Marcus A Little, 604 Wellfleet Drive, Middletown, DE  19709

Shanyel M Little and Marcus A Little, MAILING ADDRESS:, 4949 Mulberry Street, Philadelphia, PA  19124

Shanyel M Little, Shanyel M Little, Marcus A Little and Marcus A Little, 3059 N Bambrey St, Philadelphia, PA  19132-1302

DATE: September 15, 2021

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

21-007469_PS