IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | |
|---|---|
| SUBSTITUTION OF APPEARANCE BY ANDREW M. LUBIN, ESQUIRE, IN VARIOUS OPEN CASES AND ENTRY OF APPEARANCE OF LORRAINE GAZZARA DOYLE, ESQUIRE IN VARIOUS OPEN CASES | |

## PRAECIPE TO SUBSTITUTE APPEARANCE

Kindly withdraw the appearance of Andrew M. Lubin, Esquire, and substitute the appearance of Lorraine Gazzara Doyle, Esquire, in the cases listed in Exhibit A hereto.

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC

Lorraine Gazzara Doyle, Esquire
Attorney ID No. 34576
1 East Stow Road
Marlton, NJ 08053
Telephone: (856) 482-1400
Email: ldoyle@milsteadlaw.com

Andrew M. Lubin, Esquire
Attorney ID No. 54297
McCabe, Weisberg & Conway, LLC
216 Haddon Ave.
Suite 201
Westmont, NJ 08108
Telephone: (856) 858-7080
Email: ALubin@mwc-law.com

# Exhibit A

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

**Pending Cases for:** LUBIN  ANDREW  M.    **Bar Id:**    **as of:** 12/20/2021    7:52:43 am    **PrId:** 999,529

**Total Pending cases for this attorney:** 140

| Chapter | Judge | Case Number | Title | | | | case terminated |
|---|---|---|---|---|---|---|---|
| 13 | mdc | 16-10007-mdc | Theresa Brown Thornton | | | | |
| | | | *Party represented:* | cr | Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust | | |
| | | | *Party represented:* | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company | | |
| 13 | elf | 16-15902-elf | Dale Mitchell and Sherry Mitchell | | | | |
| | | | *Party represented:* | cr | Select Portfolio Servicing, Inc | | |
| 13 | elf | 16-15968-elf | Laura Anderson and Albert Anderson | | | | |
| | | | *Party represented:* | cr | U.S. Bank National Association, as Trustee | | |
| 13 | amc | 16-17812-amc | James W. Samuel | | | | |
| | | | *Party represented:* | cr | U.S. Bank National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF12 Mortgage Pass-Through Certificates, Series 2006-FF12 | | |
| 13 | amc | 16-17812-amc | James W. Samuel | | | | |
| | | | *Party represented:* | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper | | |
| 13 | elf | 16-17834-elf | Timothy M. Cavanaugh and Christina A. Cavanaugh | | | | |
| | | | *Party represented:* | cr | Towd Point Mortgage Trust 2015-5, U.S. Bank National Association as Indenture Trustee | | |
| 13 | amc | 16-18290-amc | Alfred Naussner | | | | |
| | | | *Party represented:* | cr | Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association | | |

| Ch | Judge | Case No. | Party represented | Role | Represented Party |
|---|---|---|---|---|---|
| 13 | amc | 16-18290-amc | Alfred Naussner | cr | U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-1 Home Equity Pass-Through Certificates, Series 2006-1 |
| 13 | amc | 16-18296-amc | Emanuel Rodriguez | cr | Select Portfolio Servicing, Inc. |
| 13 | amc | | | cr | Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association, as Trustee |
| 13 | amc | | | cr | U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-7 Home Equity Pass Through Certificates, Series 2006-7 |
| 13 | amc | 17-10698-amc | Joseph M Lewis, Jr. and Barbara Lewis | cr | Matrix Financial Services Corporation LLC |
| 13 | amc | | | cr | Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank, National Association, as Trustee |
| 13 | amc | 17-10749-amc | John D. McDaniel | cr | Matrix Financial Services Corporation LLC enote vesting-Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | amc | | | cr | Select Portfolio Servicing, Inc., as servicing agent for U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-2 Home Equity Pass-Through Certificate |
| 13 | elf | 17-11156-elf | Jeremy Stevens and Tabitha Stevens | cr | Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trus |
| 13 | amc | 17-12344-amc | Raymond DeShields | | |

| | | | | |
|---|---|---|---|---|
| 13 | elf | 17-13636-elf | Carla M. Irvin | |
| | | Party represented: | cr | Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of First Franklin Mortgage Loan Trust 2005-FFH3, Asset-Backed Certificates, Series 2005-FFH3 |
| | | Party represented: | cr | Bayview Loan Servicing, LLC |
| | | Party represented: | cr | Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC |
| | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for CSMC 2021-RPL7 Trust |
| 13 | mdc | 17-14575-mdc | Charles H. Mitchell, Jr. | |
| | | Party represented: | cr | CSMC 2021-RPL7 Trust |
| 13 | mdc | 17-14670-mdc | Kenneth Bernard Tadlock | |
| | | Party represented: | cr | Legacy Mortgage Asset Trust 2021-GS3 |
| 13 | amc | 17-14689-amc | Joseph George | |
| | | Party represented: | cr | Select Portfolio Servicing, Inc. |
| 13 | amc | 17-14920-amc | La Vonne A. Weaver | |
| | | Party represented: | cr | Nationstar Mortgage LLC |
| 13 | amc | 17-15230-amc | JoAnne Elizabeth Hines | |
| | | Party represented: | cr | NATIONSTAR MORTGAGE LLC |
| 13 | pmm | 17-15250-pmm | Scott Paul Labar and Terry Janet Labar | |
| | | Party represented: | cr | SELECT PORTFOLIO SERVICING, INC. |
| 13 | amc | 17-16093-amc | Christopher M Smith and Jacqueline Smith | |
| | | Party represented: | cr | NATIONSTAR MORTGAGE LLCD/B/A MR. COOPER |

| | | | | |
|---|---|---|---|---|
| 13 | mdc | 17-17954-mdc | Jeffrey L. Williams | |
| | | Party represented: | cr | Deutsche Bank National Trust Company, as Indenture Trustee |
| 13 | amc | 17-18120-amc | Wayne Crozier | |
| | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| | | Party represented: | cr | Deutsche Bank National Trust Company, as Trustee, on behalf of the registered holders of GSAMP Trust 2005-HE3, Mortgage Pass-Through Certificates, Series 2005-HE3 |
| 13 | mdc | 18-10163-mdc | Wilton Rodriquez | |
| | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| | | Party represented: | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | amc | 18-10749-amc | Kingsley R. Wright | |
| | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association |
| | | Party represented: | cr | U.S. Bank National Association, as successor Trustee to LaSalle Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2007-HE4 |
| 13 | mdc | 18-10921-mdc | Domenica Carcione | |
| | | Party represented: | cr | U.S. Bank National Association, as successor trustee |
| 13 | pmm | 18-10950-pmm | Torsten Bay and Lisa M Bay | |
| | | Party represented: | cr | Plaza Home Mortgage, Inc. |
| 13 | pmm | 18-11243-pmm | Kimberly A. Kauffman and Philip G. Kauffman | |
| | | Party represented: | cr | Deutsche Bank National Trust Company, As Trustee |
| | | | | SERVICEMAC, LLC |

| | | | | |
|---|---|---|---|---|
| 13 | elf | 18-11419-elf | Joseph D Winkis and Kathleen K Winkis | |
| | | Party represented: | | cr    Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | mdc | 18-11726-mdc | Catherine J. Broadwater | |
| | | Party represented: | | cr    OneMain Financial Services, Inc. |
| 13 | elf | 18-12176-elf | Marjorie B Connor | |
| | | Party represented: | | cr    Select Portfolio Servicing, Inc |
| 13 | amc | 18-12281-amc | Mark Hatcher | |
| | | Party represented: | | cr    Select Portfolio Servicing, Inc. |
| 13 | mdc | 18-12329-mdc | Mark Sobel | |
| | | Party represented: | | cr    The Bank of New York Mellon |
| | | Party represented: | | cr    HSBC Bank USA, National Association as Trustee for Luminent Mortgage Trust 2006-3, Mortgage Pass-Through Certificates, Series 2006-3 |
| | | Party represented: | | cr    Select Portfolio Servicing, Inc. as servicing agent for HSBC Bank USA, National Association |
| 13 | amc | 18-12427-amc | Jacquelyn Eschbach | |
| | | Party represented: | | cr    U.S. BAnk National Association, as Trustee |
| | | Party represented: | | cr    U.S. Bank National Association, as Trustee |
| | | Party represented: | | cr    U.S. Bank National Association, as trustee, in trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2004-1 |
| 13 | elf | 18-12434-elf | Ewa Karpeta | |
| | | Party represented: | | cr    Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2 |

| | | | | | |
|---|---|---|---|---|---|
| 13 | elf | 18-12434-elf | | Ewa Karpeta | |
| | | *Party represented:* | cr | | Select Portfolio Servicing, Inc. |
| 13 | elf | 18-12727-elf | | Ryun J. Yun | |
| | | *Party represented:* | cr | | Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-WCW2 |
| 13 | mdc | 18-13224-mdc | | Gordon J Schwartz and Phyllis Schwartz | |
| | | *Party represented:* | cr | | Towd Point Mortgage Trust 2019-4, U.S. Bank National Association, as Indenture Trustee |
| 13 | pmm | 18-13329-pmm | | Frank Joseph Grohotolsky, III | |
| | | *Party represented:* | cr | | Bayview Loan Servicing, LLC |
| 13 | pmm | 18-13578-pmm | | Lynne M. Decker and Thomas K. Decker, Jr. | |
| | | *Party represented:* | cr | | Community Loan Servicing, LLC |
| | | *Party represented:* | cr | | Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH5 Asset Backed Pass-Through Certificates, Series 2007-CH5 |
| 13 | mdc | 18-13847-mdc | | Martin Washington and Patricia Washington | |
| | | *Party represented:* | cr | | Grand Avenue Mortgage Loan Trust 2017-RPL1 |
| 13 | elf | 18-13931-elf | | Angela G. Parks | |
| | | *Party represented:* | cr | | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE ET. AL. |
| | | *Party represented:* | cr | | Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH2 Asset Backed Pass-Through Certificates, Series 2007-CH2 |
| 13 | elf | 18-14291-elf | | Avis A. Garrett | |
| | | *Party represented:* | cr | | Nationstar Mortgage LLC D/B/A Mr. Cooper |

| Ch | Judge | Case | Party represented | Role | Party |
|---|---|---|---|---|---|
| 13 | elf | 18-14293-elf | Jerry Jefferson | cr | U.S. Bank, National Association, as Trustee |
| 13 | elf | 18-14294-elf | Una M. Harmon | cr | U.S. Bank, National Association, as Trustee for the EMC Mortgage Loan Trust 2004-C, Mortgage Pass-Through Certificates, Series 2004-C |
| 13 | amc | 18-14407-amc | Richard B. Greaves | cr | U.S. Bank National Association, as Trustee, in trust for the registered holders of Citigroup Mortgage Loan Trust, Asset-Backed Pass-Through Certificates, Series 2007-AHL3 |
| 13 | mdc | 18-14803-mdc | Seamus A Smith | cr | U.S. Bank National Association, as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14 |
| 13 | pmm | 18-15061-pmm | Karen Shapiro | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | mdc | 18-15365-mdc | Ronald L Evans | cr | U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2020-PM3 |
| 13 | amc | 18-15628-amc | Tamera E. Lawrence | cr | U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE1, Asset-Backed Certificates Series 2007-HE1 |
| 13 | amc | 18-15636-amc | Anthony T D&#039;Aquila, III and Kristine C. D&#039;Aquila | cr | Deutsche Bank National Trust Company, As Trustee |
| | | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| | | | Party represented: | cr | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK |

| | | | | | |
|---|---|---|---|---|---|
| 13 | elf | 18-16254-elf | Carollynn O&#039;Connor | | |
| | | | Party represented: | cr | Select Portfolio Servicing, Inc. |
| 13 | elf | 18-16694-elf | Michelle W Murphy | | |
| | | | Party represented: | cr | Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-10, Asset-Backed Certificates, Series 2006-10 |
| | | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| 13 | elf | 18-16770-elf | Bruce M. Reiprich and Barbara H. Reiprich | | |
| | | | Party represented: | cr | Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-HE6, Mortgage Pass-Through Certificates, Series 2007-HE6 |
| 13 | mdc | 18-16877-mdc | Brian L. Spence and Maria M. Moleiro-Spence | | |
| | | | Party represented: | cr | Select Portfolio Servicing, Inc. |
| 13 | mdc | 18-17117-mdc | Linster Noah Murrell, Jr. | | |
| | | | Party represented: | cr | Deutsche Bank National Trust Company, as Trustee |
| 13 | amc | 18-17281-amc | Michael J. DaGrossa and Linda J. DaGrossa | | |
| | | | Party represented: | cr | Deutsche Bank National Trust Company, as Trustee for the UCFC Loan Trust 1998-C |
| 13 | pmm | 18-17382-pmm | Christopher Gerald Raab | | |
| | | | Party represented: | cr | Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 |
| 13 | mdc | 18-17429-mdc | Glenn Erik Nyce | | |
| | | | Party represented: | cr | CSMC 2021-RPL7 Trust |
| | | | Party represented: | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |

| | | | | |
|---|---|---|---|---|
| 13 | pmm | 18-17738-pmm | Randy Lee Hoffman | |
| | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association, as trustee, |
| 13 | mdc | 18-17768-mdc | Tara Marie Culbreath | |
| | | Party represented: | cr | U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Trust 2006-CF1 CS Mortgage Pass-Through Certificates, Series 2006-CF1 |
| 13 | mdc | 18-17870-mdc | Leanna Brown and Leanna Brown | |
| | | Party represented: | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | mdc | 18-18042-mdc | Daaimah S. Poole | |
| | | Party represented: | cr | WELLS FARGO BANK, NATIONAL ASSOCIATION |
| 13 | elf | 18-18160-elf | Camilla Brown | |
| | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank, N.A., as Trustee |
| 13 | pmm | 18-18366-pmm | Richard T Palenchar and Bonita L Palenchar | |
| | | Party represented: | cr | Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-WCW1 |
| 13 | elf | 19-10127-elf | Geraldine A Hall | |
| | | Party represented: | cr | Wilmington Savings Fund Society, FSB |
| 13 | elf | 19-10450-elf | Patrick Banning | |
| | | Party represented: | cr | Deutsche Bank National Trust Company, As Trustee |
| 13 | pmm | 19-10686-pmm | Gerard C Schenck | |
| | | Party represented: | cr | THE BANK OF NEW YORK MELLON |
| | | | | Select Portfolio Servicing, Inc. |
| | | | | Select Portfolio Servicing, Inc. |

| Ch | Judge | Case No. | Party represented: | | |
|---|---|---|---|---|---|
| 13 | amc | 19-10989-amc | Party represented: | Marc A Maglio | cr — Nationstar Mortgage LLC D/B/A Mr. Cooper |
| 13 | amc | 19-11002-amc | Party represented: | Kimberley C Johnson and Douglas W Johnson | cr — Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | elf | 19-11008-elf | Party represented: | Doris L Thorpe | cr — Bank of America, N.A. |
| 13 | elf | 19-11134-elf | Party represented: | Elena Papanikolaou | cr — Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | pmm | 19-11276-pmm | Party represented: | Andrew Polak | cr — Bank of America, N.A. |
| 13 | amc | 19-11352-amc | Party represented: | Lynne K. Marotta | cr — Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | elf | 19-11386-elf | Party represented: | Robert A. LaRosa | cr — ABS REO Trust VI |
| 13 | pmm | 19-11448-pmm | Party represented: | Nancy Gene Cooper | cr — Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2005-HE7, Mortgage Pass-Through Certificates, Series 2005-HE7 |
| 13 | | | Party represented: | | cr — Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| 13 | pmm | 19-12088-pmm | Party represented: | Janelle M. Shenk | cr — Oceanside Mortgage Company |
| 13 | amc | 19-12579-amc | Party represented: | James F. Barcis | cr — Bank of America, N.A. |

| 13 | mdc | 19-12644-mdc | Essa-Aisha A Purnell and Abdou R Gueye | | |
| --- | --- | --- | --- | --- | --- |
| | | | *Party represented:* | *cr* | WELLS FARGO BANK, N.A. |
| 13 | mdc | 19-12806-mdc | William T. Powell | | |
| | | | *Party represented:* | *cr* | Wells Fargo Bank, N.A., as Trustee |
| 13 | mdc | 19-13412-mdc | Raymond T. Blue | | |
| | | | *Party represented:* | *cr* | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | amc | 19-13449-amc | Ronald J Logue and Mariann Logue | | |
| | | | *Party represented:* | *cr* | Select Portfolio Servicing, Inc. |
| 13 | pmm | 19-13552-pmm | Kevin Rota and Bobbie Ann Rota | | |
| | | | *Party represented:* | *cr* | Manufacturers and Traders Trust Company, as trustee, on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series 1997-5 |
| 13 | elf | 19-13758-elf | Jeremy Y. Schallack and Kathleen E. Schallack | | |
| | | | *Party represented:* | *cr* | Bayview Loan Servicing, LLC |
| 13 | mdc | 19-14039-mdc | Vincent Williams-Bey and Michele Williams-Bey | | |
| | | | *Party represented:* | *cr* | FEDERAL HOME LOAN MORTGAGE CORPORATION |
| 13 | elf | 19-14471-elf | Cynthia Crawford | | |
| | | | *Party represented:* | *cr* | Community Loan Servicing, LLC |
| 13 | elf | 19-14500-elf | Kevin Corcoran and Beverly L. Corcoran | | |
| | | | *Party represented:* | *cr* | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| | | | *Party represented:* | *cr* | HSBC Bank USA, National Association, as Trustee |
| | | | *Party represented:* | *cr* | Deutsche Bank National Trust Company, As Trustee |

| | | | | |
|---|---|---|---|---|
| 13 | amc | 19-15144-amc | Nathaniel F Mallory | |
| | | Party represented: | | cr   Wells Fargo Bank, National Association |
| 13 | amc | 19-15306-amc | Mervin J. Conner, Jr. | |
| | | Party represented: | | cr   OSAT TRUST 2019-1 |
| 13 | pmm | 19-15368-pmm | Edwin Orlando Chalas | |
| | | Party represented: | | cr   Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | amc | 19-15589-amc | Samantha Lashear Lomax | |
| | | Party represented: | | cr   Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | elf | 19-15845-elf | Andre T. Morris | |
| | | Party represented: | | cr   Deutche Bank National Trust Company, as Trustee |
| 13 | amc | 19-15865-amc | Carl L Lee | |
| | | Party represented: | | cr   Bank of America, N.A. |
| 13 | pmm | 19-16031-pmm | Tammy L. Shegon | |
| | | Party represented: | | cr   Carrington Mortgage Services, LLC |
| 13 | amc | 19-16285-amc | Karen I. Hogue | |
| | | Party represented: | | cr   Select Portfolio Servicing, Inc. as servicing agent for PNC Bank, National Association |
| 13 | amc | 19-16290-amc | Victor Ocasio | |
| | | Party represented: | | cr   U.S. Bank National Association, |
| 13 | elf | 19-16693-elf | Patricia A. Panetta | |
| | | Party represented: | | cr   Select Portfolio Servicing, Inc. as servicing agent for ONYX Bay Trust |
| | | Party represented: | | cr   Pingora Loan Servicing |
| | | | | Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank Minnesota, N.A. |

| Ch | Judge | Case # | Party represented | Role | Creditor |
|---|---|---|---|---|---|
| 13 | elf | 19-16791-elf | Dania A Beadle | cr | Manufacturers and Traders Trust Company |
| 13 | amc | 19-16963-amc | Janelle Kernan | cr | Sun West Mortgage Company, Inc. |
| 13 | pmm | 19-17042-pmm | Janet Conujo | cr | Deutsche Bank National Trust Company, As Trustee |
| 13 | pmm | 19-17522-pmm | Daniel L Amy | cr | Bayview Loan Servicing, LLC |
| 13 | elf | 19-17644-elf | Burma L Barnswell | cr | Community Loan Servicing, LLC |
| 13 | amc | 19-17672-amc | Terrance Waller | cr | Bank of America, N.A. |
| 13 | amc | 19-17836-amc | Raymond G. Fragassi | cr | Carrington Mortgage Services, LLC. |
| 13 | elf | 20-10020-elf | Thelma Wright | cr | BANK OF AMERICA, N.A. |
| 13 | pmm | 20-10117-pmm | Scott Michael Horning | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| | | | | | Deutsche Bank National Trust Company, as Trustee |
| | | | | | U.S. Bank National Association, as trustee, on behalf of the holders of the Credit Suisse First Boston Mortgage Securities Corp. Home Equity Pass Through Certificates, Series, 2006-8 |

| | | | | |
|---|---|---|---|---|
| 13 | amc | 20-10233-amc | Claudette Webb | |
| | | Party represented: | cr | U.S. Bank National Association, as indenture trustee |
| 13 | pmm | 20-10928-pmm | Johnny Lee Stradford and Nicole Monique Stradford | |
| | | Party represented: | cr | U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 |
| | | Party represented: | cr | FirstKey Master Funding 2021-A Collateral Trust |
| 13 | amc | 20-11060-amc | David Harry | |
| | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank Trust National Association |
| 13 | elf | 20-11138-elf | Lori L Nardella | |
| | | Party represented: | cr | Lakeview Loan Servicing, LLC |
| 13 | mdc | 20-11143-mdc | Kevin K. Jones | |
| | | Party represented: | cr | U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE7, Asset-Backed Certificates Series 2006-HE7 |
| | | Party represented: | cr | U.S. Bank N.A., as trustee |
| | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association |
| 13 | amc | 20-11261-amc | Christopher M. Mattis, Sr. and Linda L. Mattis | |
| | | Party represented: | cr | U.S. Bank National Association, as trustee |
| | | Party represented: | cr | Select Portfolio Servicing, Inc. |
| 13 | pmm | 20-13422-pmm | Mark K. Storms | |
| | | Party represented: | cr | Bank of America, N.A. |

| | | | |
|---|---|---|---|
| 13 | elf | 20-13441-elf | Mikaela R. Lerer |
| | | Party represented: | cr   BAYVIEW LOAN SERVICING, LLC |
| 13 | mdc | 20-13484-mdc | Wendell M Robinson and Karen T Jarell-Robinson |
| | | Party represented: | cr   Community Loan Servicing, LLC |
| | | Party represented: | cr   Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC |
| 13 | amc | 20-13636-amc | Miranda Tsang |
| | | Party represented: | cr   U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE2, Asset-Backed Certificates Series 2007-HE2 |
| 13 | pmm | 20-13673-pmm | Steven W. Strickler |
| | | Party represented: | cr   ABS Loan Trust VI |
| 13 | mdc | 20-14286-mdc | Angella M Sutherland |
| | | Party represented: | cr   Pingora Loan Servicing, LLC enote vesting– Nationstar Mortgage LLC d/b/a Mr. Cooper |
| | | Party represented: | cr   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE |
| 13 | pmm | 20-14360-pmm | Marcel Y. Crandon and Sharon M. Crandon |
| | | Party represented: | cr   U.S. Bank National Association, as trustee, in trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2004-2 |
| | | Party represented: | cr   Community Loan Servicing, LLC |
| 13 | mdc | 20-14393-mdc | April E Ettinger |
| | | Party represented: | cr   Federal National Mortgage Association ("Fannie Mae"), c/o Community Loan Servicing, LLC |
| | | Party represented: | cr   Federal Home Loan Mortgage Corporation |

| Case | Chapter | Judge | Party represented | Role | Represented party |
|---|---|---|---|---|---|
| 20-14393-mdc | 13 | mdc | April E Ettinger | cr | Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2018-2 |
| 20-14471-elf | 13 | elf | Iva Bonelli | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 20-14797-amc | 13 | amc | Gary V. McLaughlin | cr | U.S. Bank, National Association, as Trustee for the EMC Mortgage Loan Trust 2001-A Mortgage Passthrough Certificates Series 2001-A |
| 20-14877-pmm | 13 | pmm | Milena Maria Serna | cr | BANK OF AMERICA, N.A. |
| 21-10006-elf | 13 | elf | Rashida Patience and Khadri Abdus-Saboor | cr | Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE8, Mortgage Pass-Through Certificates, Series 2006 HE8 |
| | 13 | | | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company as Trustee |
| 21-10116-mdc | 13 | mdc | Peter D Wrambel | cr | BANK OF AMERICA, N.A. |
| 21-10179-elf | 13 | elf | Robert B. Steveline and Kathryn A Steveline | cr | U.S. Bank National Association, as indenture trustee |
| 21-10691-pmm | 13 | pmm | Peter Plutko | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 21-10693-elf | 13 | elf | William E Covington and Seneca Covington | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |

| | | | | | |
|---|---|---|---|---|---|
| 13 | mdc | 21-10701-mdc | Anna M. Taylor | cr | The Bank of New York Mellon Trust Company, NA |
| 13 | mdc | 21-10824-mdc | Shanyel M Little and Marcus A Little | cr | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| 13 | pmm | 21-11219-pmm | Jeannette Colon | cr | Select Portfolio Servicing, Inc. |
| 13 | elf | 21-11399-elf | John A. Kettell | cr | Select Portfolio Servicing, Inc. |
| 13 | mdc | 21-11498-mdc | Steven J Recchia | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 7 | elf | 21-11520-elf | Rachelle L DeHoratius and Mark H DeHoratius | cr | BANK OF AMERICA, N.A. |
| 13 | elf | 21-11762-elf | Michael A. Mignogna | cr | U.S. Bank National Association, as Trustee |
| 7 | mdc | 21-12091-mdc | Rachel Castro | cr | Bank of America, N.A. |
| 13 | mdc | 21-12271-mdc | Carolyn A. Bennett | cr | Community Loan Servicing, LLC |
| 13 | pmm | 21-12274-pmm | Nancy Jean Halley | cr | BANK OF AMERICA, N.A. |
| 13 | mdc | 21-12277-mdc | Crystal G. Brown | cr | U.S. Bank, N.A., successor trustee to LaSalle Bank National Association |

| | | | |
|---|---|---|---|
| 13 | elf | 21-11294-elf | Joesph R. Pierce, Sr. |
| | | Party represented: cr | Deutsche Bank National Trust Company, as Indenture Trustee |
| 13 | amc | 21-12316-amc | Arben Musa |
| | | Party represented: cr | BANK OF AMERICA, N.A. |
| 7 | elf | 21-12469-elf | Gary Cooper |
| | | Party represented: cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | amc | 21-12508-amc | Joseph K. Douglas |
| | | Party represented: cr | Bank of America, N.A. |