**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Shanyel M. Little | : | |
| Marcus A. Little | : | Case No.: 21-10824-MDC |
| Debtor(s) | : | |

**CERTIFICATE OF SERVICE**

    I, Brad J. Sadek, Esq., hereby certify that on February 17, 2022 a true and correct copy of the <u>Order Dismissing the Chapter 13 Case and Retaining Jurisdiction</u> dated <u>February 16, 2022</u> was served by electronic delivery or Regular US Mail to the Debtor, secured and priority creditors, the Trustee and all other directly affected creditors per the address provided on their Proof of Claims. If said creditor(s) did not file a proof of claim, then the address on the listed on the Debtor's credit report will be used for service.

<u>Date:</u>  <u>February 17, 2022</u>                                                    **<u>/s/ Brad J. Sadek</u>**
                                                                                                                  Brad J. Sadek, Esq.
                                                                                                                  Attorney for Debtor(s)
                                                                                                                  Sadek & Cooper Law Offices
                                                                                                                  1315 Walnut Street – Suite 502
                                                                                                                  Philadelphia, PA 19107
                                                                                                                  215-545-0008
                                                                                                                  brad@sadeklaw.com