United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10824-mdc |
| Shanyel M Little | Chapter 13 |
| Marcus A Little | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 16, 2022 | Form ID: pdf900 | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Shanyel M Little, MAILING ADDRESS:, 4949 Mulberry Street, Philadelphia, PA 19124-2827 |
| db | +++ | Shanyel M Little, 604 Wellfleet Drive, Middletown, DE 19709-9231 |
| jdb | +++ | Marcus A Little, MAILING ADDRESS:, 4949 Mulberry Street, Philadelphia, PA 19124-2827 |
| jdb | +++ | Marcus A Little, 604 Wellfleet Drive, Middletown, DE 19709-9231 |
| cr | + | FirstKey Master Funding 2021-A Collateral Trust, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14608722 | | Gregory Funding LLC, PO Box 742334, Los Angeles CA 90074-2334 |
| 14608390 | + | Gregory Funding LLC, PO Box 230579, Tigard OR 97281-0579 |
| 14598768 | + | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14599057 | + | Midfirst Bank, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14607162 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14598773 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14599070 | + | Nationstar Mortgage,LLC, d/b/a MR. COOPER, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14596777 | + | Nationstar Mortgage,LLC, d/b/a Mr.Cooper, c/o Andrew M. Lubin, Milstead & Associates, 1 East Stow Road Marlton, NJ 08053-3118 |
| 14665789 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14662884 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14601332 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 14594824 | + | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 14594825 | + | Wf/Fmg, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: amps@manleydeas.com | Feb 16 2022 23:40:00 | ADAM BRADLEY HALL, Manley Deas Kochalski, P.O. Box 165028, Columbus, OH 43216-5028 |
| smg | Email/Text: megan.harper@phila.gov | Feb 16 2022 23:41:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 16 2022 23:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 16 2022 23:40:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | Email/Text: megan.harper@phila.gov | Feb 16 2022 23:41:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| 14594816 | + Email/Text: bankruptcy@acimacredit.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 16, 2022 | Form ID: pdf900 | Total Noticed: 49 |

| | | Feb 16 2022 23:41:00 | Acima Credit, 9815 Monroe Street, 4th Floor, Sandy, UT 84070-4384 |
|---|---|---|---|
| 14605560 | Email/Text: amps@manleydeas.com | Feb 16 2022 23:40:00 | Ajax Mortgage Loan Trust 2019-E, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14605794 | Email/Text: amps@manleydeas.com | Feb 16 2022 23:40:00 | Ajax Mortgage Loan Trust 2019-E., c/o Sarah E. Barngrover, Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14596028 | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 16 2022 23:40:00 | Citizens, One Citizens Way, JCA115, Johnston, Rhode Island 02919 |
| 14594818 | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 16 2022 23:40:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Drive, Riverside, RI 02940 |
| 14606907 | Email/Text: megan.harper@phila.gov | Feb 16 2022 23:41:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14632177 | Email/Text: megan.harper@phila.gov | Feb 16 2022 23:41:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14606189 | Email/Text: megan.harper@phila.gov | Feb 16 2022 23:41:00 | City of Philadelphia,Water Revenue Bureau, c/o Pamela Elchert Thurmond, City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14599072 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 16 2022 23:41:53 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 14598913 | + Email/PDF: ebn_ais@aisinfo.com | Feb 16 2022 23:41:44 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14594817 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2022 23:41:54 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14665637 | + Email/Text: BKRMailOps@weltman.com | Feb 16 2022 23:40:00 | Citizens Bank, N.A., c/o Scott D. Fink, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 14594820 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 16 2022 23:40:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14614159 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 16 2022 23:40:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14613272 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 16 2022 23:41:43 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14605313 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 16 2022 23:40:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14594821 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 16 2022 23:41:53 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14597756 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 16 2022 23:40:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14611849 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 16 2022 23:41:44 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 14611297 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 16 2022 23:41:49 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14612785 | + Email/PDF: gecsedi@recoverycorp.com | Feb 16 2022 23:41:49 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

District/off: 0313-2                         User: admin                                      Page 3 of 4
Date Rcvd: Feb 16, 2022                      Form ID: pdf900                                   Total Noticed: 49

| 14594822 | + Email/PDF: gecsedi@recoverycorp.com | | |
|---|---|---|---|
| | | Feb 16 2022 23:41:53 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po B 965064, Orkando, FL 32896-5064 |
| 14594823 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 16 2022 23:41:44 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14605798 | + Email/Text: megan.harper@phila.gov | | |
| | | Feb 16 2022 23:41:00 | The City of Philadelphia, c/o Pamela E. Thurmond, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14611772 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Feb 16 2022 23:41:48 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14612498 | Email/PDF: ebn_ais@aisinfo.com | | |
| | | Feb 16 2022 23:41:43 | Verizon, by American InfoSource as agent, PO Box 4457, Houston TX 77210-4457 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14596616 | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 14594819 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, Attention: ROP-15B, 1 Citizens Drive, Riverside, RI 02940 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2022                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | |
| | on behalf of Debtor Shanyel M Little brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| BRAD J. SADEK | |
| | on behalf of Joint Debtor Marcus A Little brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | |
| | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KERI P EBECK | |
| | on behalf of Creditor Specialized Loan Servicing  LLC. As Servicing Agent for Towd Point Mortgage Trust Asset-Backed Securities, Series 2019-SJ3, U.S. Bank National Association, as Indenture Trustee kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |

District/off: 0313-2                         User: admin                                    Page 4 of 4

Date Rcvd: Feb 16, 2022                      Form ID: pdf900                                 Total Noticed: 49

LORRAINE GAZZARA DOYLE
                        on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ldoyle@milsteadlaw.com
                        bankruptcy@friedmanvartolo.com

NATHALIE PAUL
                        on behalf of Creditor Citizens Bank  N.A. npaul@weltman.com, pitecf@weltman.com

PAMELA ELCHERT THURMOND
                        on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

REBECCA ANN SOLARZ
                        on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
                        on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com
                        rsolarz@kmllawgroup.com

SCOTT DAVID FINK
                        on behalf of Creditor Citizens Bank  N.A. sfink@weltman.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| **Shanyel M. Little** | : | **Chapter 13** |
| **Marcus A. Little** | : | **Case No. 21-10824-MDC** |
| **Debtor(s)** | : | |
| | : | |

**ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E.

West, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED**

that:

1.      This chapter 13 bankruptcy case is **DISMISSED**.

2.      Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the

Bankruptcy Court if such has not been previously filed.

3.      Any wage orders previously entered are **VACATED**.

4.      Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in

the possession of the Trustee shall not revest in the entity in which such property was vested

immediately before the commencement of the case.  All other property of the estate shall revest

pursuant to 11 U.S.C. §349(b)(3).

5.      All applications for allowance of administrative expenses (including applications

for allowance of professional fees) shall be filed within twenty (20) days of the entry of this

Order.

6.      Counsel for the Debtor(s) shall serve this Order by first class mail, postage

prepaid, on all interested parties within five (5) days of the entry of this Order.  Within thirty (30)

days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such

service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such

application has been filed, set a hearing on all such applications.

7.   If no Certification, as required above in Paragraph 6 has been entered on the docket within

sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for

administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or,

if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant

to 11 U.S.C. §1326(a)(2).


Dated:  February 15, 2022

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE